**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PAOLO GABRIEL RODRIGUEZ and
CESAR FABIAN FERNANDEZ,

      Plaintiffs,

v.                                            Case No.: 3:23-cv-388-WWB-JBT

VALLE ELITE REMODELING
SERVICES, LLC, SANDRA L.
BLANDON MORENO and RICHARD
VALLE,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion for Default Judgment (Doc. 41). United States Magistrate Judge Joel B. Toomey issued a Report and Recommendation (Doc. 42), in which he recommends that the Motion be granted.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Default Judgment (Doc. 41) is **GRANTED**.

3. The Clerk is directed to enter a judgment in favor of Paolo Gabriel Rodriguez and against Defendants, jointly and severally, awarding Rodriguez $31,743.00.

4. The Clerk is directed to enter a judgment in favor of Cesar Fabian Fernandez and against Defendants, jointly and severally, awarding Fernandez $43,788.00.

5. On or before **June 17, 2024**, Plaintiffs shall file a motion for entitlement to attorney's fees and expenses in accordance with Local Rule 7.01(b).

**DONE AND ORDERED** in Jacksonville, Florida on June 4, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record