UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAOLO GABRIEL RODRIGUEZ and
CESAR FABIAN FERNANDEZ,

      Plaintiffs,

v.                                                                                 Case No.: 3:23-cv-388-WWB-SJH

VALLE ELITE REMODELING
SERVICES, LLC, SANDRA L.
BLANDON MORENO and RICHARD
VALLE,

      Defendants.
                                       /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Supplemental Motion for Reasonable Attorney's Fees and Expenses (Doc. 52). United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 54), in which he recommends that the Motion be granted in part.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Supplemental Motion for Reasonable Attorney's Fees and Expenses (Doc. 52) is **GRANTED in part** as set forth in the Report and Recommendation and this Order and **DENIED** in all other respects.

3. Plaintiffs are awarded, against Defendants jointly and severally, $8,120.00 in attorney's fees, $987.00 in taxable costs, and post-judgment interest calculated at the statutory rate.

4. The Clerk is directed to enter an amended final judgment including such an award along with the damages previously awarded to the respective Plaintiffs.

5. Thereafter, the Clerk is directed to close this case.

**DONE AND ORDERED** in Jacksonville, Florida on October 1, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record